Cupainolo, Appellant, *v.* Sears, Roebuck & Co. et al.

Argued September 11, 1973. *Benson Zion,* with him *Zion and Klein,* for appellant; *George J. McConchie* and *Anthony S. Minisi,* with them *Leonard J. Bucki, Cramp, D'Iorio, McConchie & Surrick,*

and *Wolf, Block, Schorr and Solis-Cohen,* for appellees.

Judgment affirmed.

SPAULDING, J., absent.